ROBERT WALLACE, Appellant, *v.* JOHN DREW et al.,
Respondents.

(Submitted June 20, 1873; decided September term, 1873.)

THIS was an action tried by a referee. The judgment, upon his report, was reversed by the General Term and new trial granted. The order of reversal did not specify that the reversal was upon questions of fact. *Held*, that under section 272 of the Code it must be assumed that the reversal was for

error of law, although, by the opinion of the General Term, it appeared that the reversal was because the damages were excessive, and there appearing no error of law, the order reversed and the judgment entered upon the report of the referee affirmed.

*Henderson & Wentworth* for the appellant.

*Carey & Jewell* for the respondents.

REYNOLDS, C., reads for reversal of order granting a new trial, and affirmance of judgment entered upon the report of the referee.

All concur.

Order reversed, and judgment accordingly.